**Opinion issued July 24, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00568-CR

_____

## EX PARTE ROGER JOPLING

---

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Case No. 1431568**

---

## MEMORANDUM OPINION

On July 11, 2014, appellant, Roger Jopling, filed a motion to dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decision has issued in this case. *See* TEX. R. APP. P. 42.2(a). Accordingly, we grant the motion and dismiss this appeal.

We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).